UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00006-RJC

| | |
|---|---|
| DEBRA HARRIS SHELTON, | ) |
| Plaintiff, | ) |
| v. | ) Order |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) Federal Rules of Civil Procedure (the "Motion"). (Doc. No. 11). Plaintiff seeks to voluntarily dismiss this action pursuant to Rule 41 because she determined that "the claim is better presented as a new claim with additional appropriate medical proof." (*Id.*). Defendant did not respond or otherwise oppose the Motion. Having fully considered the record and applicable authority, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion to Dismiss (Doc. No. 11) is **GRANTED**.

The Clerk is directed to close this case.

Signed: March 28, 2022

Robert J. Conrad, Jr.
United States District Judge